**1**

**Abraham KLORMAN, Plaintiff in Error, v. UNITED STATES, Defendant in Error.**

(Circuit Court of Appeals, Second Circuit. November 20, 1925.)

No. 210.

In Error to the District Court of the United States for the Southern District of New York.

Samuel M. Hitchcock, of New York City (Charles H. Griffith, of New York City, of counsel), for plaintiff in error.

Emory R. Buckner, U. S. Atty., of New York City (David P. Siegel, Asst. U. S. Atty., of New York City, of counsel), for the United States.

Before HOUGH, HAND, and MACK, Circuit Judges.

PER CURIAM. Judgment affirmed.

═══

**2**

**Walter LADAGE, Plaintiff in Error, v. GARLAND STEAMSHIP CORPORATION and Kawasaki Dockyard Company, Limited, Defendants in Error.**

(Circuit Court of Appeals, Second Circuit. January 15, 1926.)

No. 146.

In Error to the District Court of the United States for the Southern District of New York.

Silas B. Axtell, of New York City (Charles A. Ellis, of New York City, of counsel), for plaintiff in error.

Hunt, Hill & Betts, of New York City (Geo. Whitefield Betts, Jr., and H. Victor Crawford, both of New York City, of counsel), for defendant in error Kawasaki Dockyard Co.

Barry, Wainwright, Thacher & Symmers, of New York City (Stewart McDonald and Dallas S. Townsend, both of New York City, of counsel), for defendant in error Garland Steamship Corporation.

Before HOUGH, MANTON, and HAND, Circuit Judges.

PER CURIAM. Judgment affirmed, with costs.

═══

**3**

**Munzio MALE, Plaintiff in Error, v. UNITED STATES, Defendant in Error.**

(Circuit Court of Appeals, Second Circuit. November 18, 1925.)

No. 130.

In Error to the District Court of the United States for the Southern District of New York.

George Wolf, of New York City, for plaintiff in error.

Emory R. Buckner, U. S. Atty., of New York City (Ben Herzberg, Asst. U. S. Atty., of New York City, and John C. Jury, Asst. U. S. Atty., of Larchmont, N. Y., of counsel), for the United States.

Before ROGERS, MANTON, and HAND, Circuit Judges.

PER CURIAM. Dismissed in open court, without prejudice.

═══

**4**

**Samuel MARCUSSON, Plaintiff in Error (Defendant Below), v. UNITED STATES, Defendant in Error (Plaintiff Below).***

(Circuit Court of Appeals, Second Circuit. January 4, 1926.)

No. 249.

In Error to the District Court of the United States for the Southern District of New York.

Writ of error to an order adjudging Marcusson in contempt, entered in the District Court for the Southern District of New York.

M. Michael Edelstein, of New York City, for plaintiff in error.

Emory R. Buckner, U. S. Atty., of New York City (John M. Harlan and U. S. Grant, Asst. U. S. Attys., both of New York City, of counsel), for the United States.

Before HOUGH, MANTON, and HAND, Circuit Judges.

PER CURIAM. Order affirmed.

*Certiorari denied 46 S. Ct. 349, 70 L. Ed. —.